

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER REINSTATING APPEAL

Appellate case name:      Julian Villegas v. The State of Texas

Appellate case number:    01-17-00109-CR

Trial court case number:  1531887

Trial court:              248th District Court of Harris County

       This case was abated and remanded to the trial court because counsel failed to file an appellate brief. The abatement hearing record filed with this Court on August 14, 2018 indicates that counsel has completed appellant's brief and that the brief will be filed within 7 days of the reinstatement of this appeal. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket. Appellant's brief is ordered to be filed within 7 days of the date of this order.

       It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    Acting individually


Date:  August 16, 2018